# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5277

Writer's e-mail
mvadasz@seyfarth.com

October 30, 2017

**VIA ECF**

Honorable John G. Koeltl
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Cynthia Ward v. Chanel, Inc*., **U.S.D.C. S.D.N.Y. No.: 17-cv-04790 (JGK)(JCF)**

Dear Judge Koeltl:

    This firm represents Defendant Chanel, Inc. in the above-referenced matter.  We write on behalf of both parties to report to the Court on the status of the case, pursuant to the Court's September 14, 2017 Order.

    On September 19, 2017, the parties participated in a conference call with the mediator.  On September 22, 2017, the mediator scheduled mediation for November 15, 2017 at 10:00 a.m.  Absent further instruction, the parties will report to the Court on the status of the case after the mediation session is held.

    Thank you.

                                                Sincerely,

                                               SEYFARTH SHAW LLP

                                               /s/ *Mary Ahrens Vadasz*

                                               Mary Ahrens Vadasz

cc:    Megan S. Goddard, Esq. (via ECF)
        Lorie E. Almon (via email)

WASHINGTON, D.C. | SYDNEY | SHANGHAI | SAN FRANCISCO | SACRAMENTO | NEW YORK | MELBOURNE | LOS ANGELES | LONDON | HOUSTON | CHICAGO | BOSTON | ATLANTA